DMP:CRH/SKW
F. #2020R00147

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 27 2022 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

IBRAHIM ALHUSSAYEN,

           Defendant.

------------------------------X

I N F O R M A T I O N

Cr. No. 22-CR-471
(T. 18, U.S.C., §§ 1001(a)(1), 1001(a)(2)
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## CONCEALING MATERIAL FACTS AND MAKING FALSE STATEMENTS

On or about and between June 29, 2021 and January 12, 2022, within the Eastern District of New York and elsewhere, the defendant IBRAHIM ALHUSSAYEN did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device one or more material facts, and (b) make one or more materially false, fictitious and fraudulent statements and representations, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI"), in that ALHUSSAYEN falsely stated and represented to FBI special agents that he did not control or use one or more pseudonymous social media accounts, when in fact ALHUSSAYEN controlled and operated at least one pseudonymous Instagram account bearing the username "@samar16490," which

ALHUSSAYEN used to, <u>inter alia</u>, threaten and harass dissidents and critics of the Kingdom of Saudi Arabia.

(Title 18, United States Code, Sections 1001(a)(1), 1001(a)(2) and 3551 <u>et seq</u>.)

*By Carolyn Pokorny, Assistant U.S. Attorney*
---
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00147
FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

IBRAHIM ALHUSSAYEN,

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 1001(a)(1), 1001(a)(2) and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

_____

*Craig R. Heeren and Sara K. Winik, Assistant U.S. Attorneys*
*(718) 254-7000*