UNITED STATES DISTRICT COURT　　SENTENCING DATE: 1/24/23 at 10:30AM
EASTERN DISTRICT OF NEW YORK　　　　　Judge Komitee
-----------------------------------------------------------x
　　United States of America　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　- against -　　　　　　　　 :　　　1:22-cr-00471-(EK)(RER)
　　　　　　　　　　　　　　　　　　:
　　Ibrahim Alhussayen　　　　　　　 :
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------x
RAMON E. REYES, JR., U.S.M.J.:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 27 2022 ★
BROOKLYN OFFICE

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE RAMON E. REYES, JR.

　　United States Magistrate Judge Ramon E. Reyes, Jr. has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Ramon E. Reyes, Jr. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

　　After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Ramon E. Reyes, Jr.

_____
Defendant **Ibrahim Alhussayen**

_____　　_____
United States Assistant Attorney, E.D.N.Y.　　Attorney for the Defendant

Dated: **10/27/2022**
　　　　Brooklyn, New York